PER curiam:
Based on the controlling and indistinguishable authority of G.C. v. State, 560 So.2d 1186 (Fla. 3d DCA 1990) (rehearing denied, opinion filed April 24, 1990), and D.M. v. State, 558 So.2d 439 (Fla. 3d DCA 1990), we affirm the adjudication of delinquency under review, but reduce the finding of delinquency from third-degree grand theft (§ 812.014(1), (2)(c), (4), Fla.Stat. (1987)), to the lesser offense of trespass to á conveyance (§ 810.08(1), Fla.Stat. (1987)). We certify that our decision herein conflicts with D.N. v. State, 529 So.2d 1217 (Fla. 1st DCA), rev. dismissed, 537 So.2d 568 (Fla.1988).
Affirmed in part; reversed in part.